IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAIRE HAMILTON,

    Plaintiff,                                   No. CIV-S-06-1825 GGH

    vs.

JO ANNE B. BARNHART,                     <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        The parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form. Accordingly, the Clerk of Court is directed to assign a district judge to this case.

Dated: 12/19/06                                   /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

hamilton.ord

hamilton.ord.wpd